KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
801 S. FIGUEROA ST., SUITE 1850
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| IN RE:<br><br>VIVIAN LOUISE TANN<br><br><br><br>DEBTOR(S). | Case No: 2:19-bk-18791-NB<br><br>CHAPTER 13<br><br>**TRUSTEE'S NOTICE OF MOTION AND MOTION TO DISMISS CHAPTER 13 CASE DUE TO DELINQUENT PLAN PAYMENTS PURSUANT TO §1307(c)(6) AND L.B.R. 3015-1(k)(1)); DECLARATION OF KATHY A. DOCKERY IN SUPPORT THEREOF**<br><br>DATE:      December 1, 2022<br>TIME:      11:00 am<br>PLACE:    ROYBAL BUILDING<br>               Courtroom 1545 15th Floor<br>               255 EAST TEMPLE STREET<br>               LOS ANGELES, CA 90012 |

**TO THE HONORABLE NEIL W. BASON, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S) AND ALL OTHER PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that the Chapter 13 Trustee, Kathy A. Dockery, hereby moves for an order dismissing this case pursuant to 11 U.S.C. §1307(c)(6) and Local Bankruptcy Rule 3015-1(k)(1) due to delinquent plan payments which has caused a material default with respect to the terms of the confirmed plan (hereinafter "Motion").  As of the date of service of this motion, the Debtor(s) is delinquent in the amount $4,719.00.

**Pursuant to Local Bankruptcy Rule 9013-1(f)(1), notice is further given that any person opposing this motion shall, not later than fourteen (14) days prior to the above-referenced hearing date, serve upon the Chapter 13 Trustee and file with the clerk's office, a written statement explaining all reasons in opposition thereto.**

This Motion is based on this Notice, the Exhibits attached hereto and incorporated herein, the Declaration of Kathy A. Dockery and any further argument and evidence offered at the hearing.

DATED: 11/1/2022

_____
Kathy A. Dockery, Chapter 13 Trustee

## DECLARATION OF KATHY A. DOCKERY

I, Kathy A. Dockery, declare as follows:

1. I am the duly appointed, qualified and standing Chapter 13 Trustee in this case and by virtue thereof, I have personal knowledge of files and records kept by my office in the regular course of business . I have personally reviewed the files and records kept by my office in the within case . The following facts are true and correct and within my own personal knowledge and I could and would testify competently thereto if called to do so.

2. As of the date of service of this Motion, the Debtor(s) is delinquent in the amount of $4,719.00. A true and correct copy of this case's status report at the time of service of this motion is attached hereto and incorporated herein by reference as Exhibit "A".

I declare, under penalty of perjury, that the foregoing is true and correct.

DATED: 11/1/22                                    _____
                                                   KATHY A. DOCKERY,  CHAPTER 13 TRUSTEE

**VIVIAN LOUISE TANN**
**2:19-bk-18791-NB**

**DELINQUENCY REPORT AS OF November 1, 2022**

**Total Bankruptcy Payments Required: $61,119.00**
**Total Bankruptcy Payments Received: $56,400.00**

## Total Delinquent Amount: $4,719.00

## BANKRUPTCY PAYMENTS RECEIVED
### TOTAL BANKRUPTCY PAYMENTS AS OF November 1, 2022:$56,400.00

| Date | Amount | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 8/21/19 | $1,497.00 | 10/2/19 | $1,497.00 | 10/29/19 | $1,497.00 | 12/3/19 | $1,573.00 | | |
| 1/2/20 | $1,573.00 | 1/30/20 | $1,573.00 | 3/4/20 | $1,573.00 | 4/3/20 | $1,573.00 | | |
| 5/5/20 | $1,573.00 | 7/1/20 | $1,573.00 | 8/3/20 | $1,573.00 | 10/1/20 | $1,573.00 | | |
| 10/29/20 | $1,573.00 | 10/29/20 | $3,146.00 | 12/8/20 | $1,573.00 | 12/31/20 | $1,573.00 | | |
| 2/3/21 | $1,573.00 | 3/3/21 | $1,573.00 | 3/30/21 | $1,573.00 | 5/25/21 | $1,573.00 | | |
| 6/2/21 | $1,573.00 | 6/30/21 | $1,573.00 | 8/2/21 | $1,573.00 | 9/2/21 | $1,573.00 | | |
| 10/26/21 | $1,573.00 | 12/1/21 | $1,573.00 | 1/5/22 | $1,573.00 | 2/8/22 | $1,573.00 | | |
| 3/3/22 | $1,573.00 | 4/28/22 | $1,523.00 | 4/29/22 | $50.00 | 6/24/22 | $2,000.00 | | |
| 6/29/22 | $1,200.00 | 6/30/22 | $1,519.00 | 7/7/22 | $1,573.00 | 7/13/22 | $1,573.00 | | |

## BANKRUPTCY PAYMENTS REGISTER
### TERM: 72 Months

| PAYMENT # | DATE | AMOUNT | PAYMENT # | DATE | AMOUNT | PAYMENT # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | 8/28/19 | $1,497.00 | 21 | 4/28/21 | $1,573.00 | 41 | 12/28/22 | $1,573.00 |
| 2 | 9/28/19 | $1,497.00 | 22 | 5/28/21 | $1,573.00 | 42 | 1/28/23 | $1,573.00 |
| 3 | 10/28/19 | $1,497.00 | 23 | 6/28/21 | $1,573.00 | 43 | 2/28/23 | $1,573.00 |
| 4 | 11/28/19 | $1,573.00 | 24 | 7/28/21 | $1,573.00 | 44 | 3/28/23 | $1,573.00 |
| 5 | 12/28/19 | $1,573.00 | 25 | 8/28/21 | $1,573.00 | 45 | 4/28/23 | $1,573.00 |
| 6 | 1/28/20 | $1,573.00 | 26 | 9/28/21 | $1,573.00 | 46 | 5/28/23 | $1,573.00 |
| 7 | 2/28/20 | $1,573.00 | 27 | 10/28/21 | $1,573.00 | 47 | 6/28/23 | $1,573.00 |
| 8 | 3/28/20 | $1,573.00 | 28 | 11/28/21 | $1,573.00 | 48 | 7/28/23 | $1,573.00 |
| 9 | 4/28/20 | $1,573.00 | 29 | 12/28/21 | $1,573.00 | 49 | 8/28/23 | $1,573.00 |
| 10 | 5/28/20 | $1,573.00 | 30 | 1/28/22 | $1,573.00 | 50 | 9/28/23 | $1,573.00 |
| 11 | 6/28/20 | $1,573.00 | 31 | 2/28/22 | $1,573.00 | 51 | 10/28/23 | $1,573.00 |
| 12 | 7/28/20 | $1,573.00 | 32 | 3/28/22 | $1,573.00 | 52 | 11/28/23 | $1,573.00 |
| 13 | 8/28/20 | $1,573.00 | 33 | 4/28/22 | $1,573.00 | 53 | 12/28/23 | $1,573.00 |
| 14 | 9/28/20 | $1,573.00 | 34 | 5/28/22 | $1,573.00 | 54 | 1/28/24 | $1,573.00 |
| 15 | 10/28/20 | $1,573.00 | 35 | 6/28/22 | $1,573.00 | 55 | 2/28/24 | $1,573.00 |
| 16 | 11/28/20 | $1,573.00 | 36 | 7/28/22 | $1,573.00 | 56 | 3/28/24 | $1,573.00 |
| 17 | 12/28/20 | $1,573.00 | 37 | 8/28/22 | $1,573.00 | 57 | 4/28/24 | $1,573.00 |
| 18 | 1/28/21 | $1,573.00 | 38 | 9/28/22 | $1,573.00 | 58 | 5/28/24 | $1,573.00 |
| 19 | 2/28/21 | $1,573.00 | 39 | 10/28/22 | $1,573.00 | 59 | 6/28/24 | $1,573.00 |
| 20 | 3/28/21 | $1,573.00 | 40 | 11/28/22 | $1,573.00 | 60 | 7/28/24 | $1,573.00 |