**United States Bankruptcy Court**
**Central District of California**

255 East Temple Street, Los Angeles, CA 90012

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM MOTION TO DISMISS CHAPTER 13 [11 U.S.C. § 1307]

**DEBTOR INFORMATION:**
Vivian Louise Tann

**BANKRUPTCY NO.**  2:19-bk-18791-NB

**CHAPTER**  13

Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s)., (if any):  xxx-xx-4783
Employer Tax-Identification (EIN) No(s).(if any):  N/A
**Debtor Dismissal Date:** 12/7/22

**Address:**
2625 W 102nd St
Inglewood, CA 90303

Pursuant to the court's findings and conclusions at the hearing on the motion to dismiss in this case,
IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed; and

(2)  the court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: December 7, 2022

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

Form van153-od13d Rev. 06/2017

**97 – 93 / PP**